441 A.2d 798

Commonwealth v. Summers, Appellant.

■■■■■ Submitted March 31, 1981. Barry W. Van Rensler, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.